HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | Judge: Hon. Stanley A. Boone |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release be temporarily modified to permit Mr. Salazar-Sarmienta to leave his residence from noon to 4:00 p.m. each day from July 23, 2018, to July 29, 2018, to allow him to prepare for and move to a new residence. In addition, the parties stipulate that Mr. Salazar-Sarmienta's conditions of release be modified to permit Mr. Salazar-Sarmienta to leave his residence from 1:00 p.m. to 4:00 p.m. on July 22, 2018, to allow him to attend a celebration following his daughter's christening. The defense has also contacted Pretrial Services, who has no objection to this request.

Pursuant to the Order Setting Conditions of Release, Mr. Salazar-Sarmienta is subject to home detention, which requires him to remain inside his residence "at all times except for

| | |
|---|---|
| 1 | employment; education; religious services, medical, substance abuse, or mental health treatment; |
| 2 | attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by |
| 3 | the PSO." Docket No. 10 at 2. |
| 4 |     Mr. Salazar-Sarmienta requests that the Court temporarily modify the home detention |
| 5 | condition to permit him to leave his residence from noon to 4:00 p.m. each day from July 23, |
| 6 | 2018, to July 29, 2018. Mr. Salazar-Sarmienta and his wife, Audrey, are moving at the end of |
| 7 | the month, as they are no longer able to afford their current residence. They have a fully |
| 8 | furnished three-bedroom home and only a small truck with which to move everything. Given |
| 9 | their financial situation, they are unable to afford to pay movers and their family does not live in |
| 10 | the area to help. Thus, it will be up to Mr. Salazar-Sarmienta and Audrey to move everything. |
| 11 | In addition, they have dog kennels in the backyard of their current residence that the landlord is |
| 12 | requiring them to tear down before they leave. Mr. Salazar-Sarmienta is requesting that he be |
| 13 | allowed to leave his residence from noon to 4:00 p.m. every day from July 23rd to July 29th so |
| 14 | that he can help prepare for the move and assist with the actual move. Defense counsel has |
| 15 | spoken with Audrey, who is Mr. Salazar-Sarmienta's third-party custodian, and she understands |
| 16 | that she will need to be present at all times while Mr. Salazar-Sarmienta is out of the residence. |
| 17 |     Mr. Salazar-Sarmienta also requests that the Court temporarily modify the home |
| 18 | detention condition to permit him to leave his residence from 1:00 p.m. to 4:00 p.m. on July 22, |
| 19 | 2018. Mr. Salazar-Sarmienta's infant daughter will be christened on July 22, 2018. He has |
| 20 | already received permission to attend the christening ceremony; however, he is requesting an |
| 21 | additional three hours so that he and his family can go to Lodai for a small celebration after the |
| 22 | christening. Again, Audrey, his third-party custodian, will be with him at all times while he is |
| 23 | out of the residence. |
| 24 |     WHEREFORE, the parties respectfully request that the Court temporarily modify the |
| 25 | conditions of release as set forth above. |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 13, 2018  */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 13, 2018  */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby temporarily modifies Special Condition 7(l) as follows: Uriel Ernesto Salazar-Sarmienta is permitted to be outside of his home for the purpose of moving to a new residence from noon to 4:00 p.m. every day from July 23, 2018, to July 29, 2018, and for the purpose of celebrating his daughter's christening from 1:00 p.m. to 4:00 p.m. on July 22, 2018.

IT IS SO ORDERED.

Dated:  **July 13, 2018**

UNITED STATES MAGISTRATE JUDGE