HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; [~~PROPOSED~~] ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release be temporarily modified to permit Mr. Salazar-Sarmienta to leave his residence from 9:00 a.m. to 5:00 p.m. each day from July 26, 2018, to July 29, 2018, to allow him to prepare for and move to a new residence. The defense has contacted Pretrial Services, who has no objection to this request.

Pursuant to the Order Setting Conditions of Release, Mr. Salazar-Sarmienta is subject to home detention, which requires him to remain inside his residence "at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO." Docket No. 10 at 2.

1         Mr. Salazar-Sarmienta previously requested a modification to permit him to leave his residence from noon to 4:00 p.m. each day from July 23, 2018, to July 29, 2018. The purpose of the modification was to allow Mr. Salazar-Sarmienta to move his family's belongings to a new residence, as he and his wife can no longer afford their current residence. Mr. Salazar-Sarmienta and his wife have a fully furnished three-bedroom home and only a small truck with which to move everything. Given their financial situation, they are unable to afford to pay movers and their family does not live in the area to help. Thus, it will be up to Mr. Salazar-Sarmienta and Audrey to move everything. In addition, they have dog kennels in the backyard of their current residence that the landlord is requiring them to tear down before they leave.

        At the time Mr. Salazar-Sarmienta made his prior request, which was approved, he believed he would also be able to borrow a trailer to attach to his truck so that he could move more belongings with each trip. However, he was not able to borrow the trailer and, thus, he and his wife have had only the truck with which to move everything. Their new home is a twenty minute drive and it takes them approximately forty-five minutes to load and unload the truck, which means they are only able to do about three trips per day given the current modification permitting Mr. Salazar-Sarmienta to be out of the residence for four hours a day. Given the progress they have made so far, Mr. Salazar-Sarmienta and his wife are concerned they will be unable to complete the move before the end of the month, unless Mr. Salazar-Sarmienta can work more hours per day.

        Mr. Salazar-Sarmienta, therefore, is requesting that he be allowed to leave his residence from 9:00 a.m. to 5:00 p.m. every day from July 26th to July 29th.

        WHEREFORE, the parties respectfully request that the Court temporarily modify the conditions of release as set forth above.

///

///

///

///

///

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Date: July 26, 2018 | */s/ Michael Tierney*<br>MICHAEL TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 26, 2018 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>URIEL ERNESTO SALAZAR-SARMIENTA |

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby temporarily modifies Special Condition 7(l) as follows: Uriel Ernesto Salazar-Sarmienta is permitted to be outside of his home for the purpose of moving to a new residence from 9:00 a.m. to 5:00 p.m. every day from July 26, 2018, to July 29, 2018.

IT IS SO ORDERED.

Dated: **July 27, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE