HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-00131-LJO-SKO |
|---|---|
| Plaintiff, | ) |
| vs. | ) EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL (DECLARATION OF CONFLICT); ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | ) |
| Defendant. | ) |

Assistant Federal Defender Erin Snider, counsel for defendant in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for appointment of new counsel to represent Defendant Uriel Ernesto Salazar-Sarmienta. This motion is based on the following facts:

1. On June 6, 2018, the Court appointed the Office of the Federal Defender to represent Mr. Salazar-Sarmienta.

2. On August 1, 2018, the undersigned received an email from the United States Attorney's Office indicating that Mr. Salazar-Sarmienta's case was related to another case.

3. On August 3, 2018, the Panel Administrator for the Office of the Federal Defender received clarification from Assistant United States Attorney Michael Tierney that Mr. Salazar-Sarmienta's case is related to another matter, *United States v. Carlos Alberto*

*Barvoza-Casillas*, Case No. 1:18-cr-00088-LJO-SKO, which predates Mr. Salazar-Sarmienta's case. Assistant Federal Defender Eric Kertsen represents Mr. Barvoza-Casillas.

4. In light of this conflict, the Panel Administrator is prepared to panel Mr. Salazar-Sarmienta's case based upon this declaration of conflict, awaiting an order by this Court relieving the Federal Defender's Office.

5. For the above reason, present counsel requests that this Court relieve this office of its duties as counsel of record and that the Court appoint CJA counsel to represent Mr. Salazar-Sarmienta in this matter.

Dated: August 6, 2018     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

# **O R D E R**

GOOD CAUSE APPEARING, the Court hereby relieves the Office of the Federal Defender of its duties as counsel of record and appoints CJA counsel to represent Defendant Uriel Ernesto Salazar-Sarmienta in this matter.

IT IS SO ORDERED.

Dated: **August 7, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE