Law Office of Steven L. Crawford
Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER THEREON |
| URIEL ERNESTO SALAZAR-SARMIENTA, | Judge: Hon. Stanley A. Boone |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release be temporarily modified to permit Mr. Salazar-Sarmienta to leave his residence from noon to 8:00 p.m. on Sunday August 19, 2018, to attend Mr. Sarmienta's daughter's birthday party. This allows for Mr. Sarmiento to travel to and from John's Incredible Pizza with his wife and daughter to join in the celebration. The defense has also contacted Pretrial Services, who has no objection to this request.

Pursuant to the Order Setting Conditions of Release, Mr. Salazar-Sarmienta is subject to home detention, which requires him to remain inside his residence "at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by

the PSO." Docket No. 10 at 2.

Mr. Salazar-Sarmienta requests that the Court temporarily modify the home detention condition to permit him to leave his residence from noon to 8:00 p.m. on August 19, 2018. Defense counsel has spoken with Audrey, who is Mr. Salazar-Sarmienta's third-party custodian, and she understands that she will need to be present at all times while Mr. Salazar-Sarmienta is out of the residence.

WHEREFORE, the parties respectfully request that the Court temporarily modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 14, 2018     */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

Date: August 14, 2018     */s/     Steven L. Crawford*
Steven L. Crawford
Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

# **O R D E R**

Pursuant to the parties' stipulation, the Court hereby temporarily modifies Special Condition 7(l) as follows: Uriel Ernesto Salazar-Sarmienta is permitted to be outside of his home for the purpose of attending his daughter's birthday party on August 19, 2018 from noon to 8:00 pm.

IT IS SO ORDERED.

Dated: **August 17, 2018**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE