Law Office of Steven L. Crawford
Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | Judge: Hon. BARBARA A. MCAULIFFE |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release be modified to replace home detention with a curfew for Mr. Salazar-Sarmienta. The curfew would be from 6 am to 8 pm every day.

Pursuant to the Order Setting Conditions of Release, Mr. Salazar-Sarmienta is currently subject to home detention, it is stipulated by and between the parties to change his pretrial release conditions to a curfew as stated above. In addition, appointed counsel has communicated this request with pretrial services and they expressed no objection.

///

///

///

WHEREFORE, the parties respectfully request that the Court modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 18, 2018         */s/ Michael Tierney*
                                 MICHAEL TIERNEY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Date: September 18, 2018         */s/     Steven L. Crawford*
                                 Steven L. Crawford
                                 Attorney for Defendant
                                 URIEL ERNESTO SALAZAR-SARMIENTA

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby temporarily modifies Special Condition 7(l) as follows: Uriel Ernesto Salazar-Sarmienta is to be placed on curfew and is permitted to leave his home between the hours of 6:00 am and 8:00 pm.

IT IS SO ORDERED.

Dated: **September 18, 2018**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE