Law Office of Steven L. Crawford
Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | Judge: Hon. BARBARA A. MCAULIFFE |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release be temporarily modified to include the following for Mr. Salazar-Sarmienta.

Mr. Salazar-Sarmienta shall be allowed to travel to the Los Angeles area with his wife and family for the Thanksgiving Holiday. Specifically, he will leave on November 22, 2018 at 7:00 a.m. and return on November 25, 2018 by 7:00 p.m. Mr. Salazar will spend the Holiday the address provided to Pretrial Services and will be allowed to also visit his wife's father while there. Both addresses have been given to Mr. Salazar-Sarmienta's Pretrial Officer.

Pursuant to the Order Setting Conditions of Release, Mr. Salazar-Sarmienta is currently subject to curfew, it is stipulated by and between the parties to temporarily change his pretrial release conditions as stated above. Following his return, all previous orders will remain in full force and effect. In addition, appointed counsel has communicated this request with pretrial

services and they indicated that they would remain neutral as to the travel as their office does not allow them to give an opinion one way or another, however, counsel for defendant was told he could indicate to the court that the defendant was in compliance with his pretrial release.

WHEREFORE, the parties respectfully request that the Court temporarily modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 18, 2018          */s/ Michael Tierney*
                                  MICHAEL TIERNEY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

Date: September 18, 2018          */s/      Steven L. Crawford*
                                  Steven L. Crawford
                                  Attorney for Defendant
                                  URIEL ERNESTO SALAZAR-SARMIENTA

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby temporarily modifies Mr. Salazar-Sarmienta's pretrial release as requested above.

IT IS SO ORDERED.

Dated:   **October 26, 2018**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE