Law Office of Steven L. Crawford
Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | Judge: Hon. STANLEY A. BOONE |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release be temporarily modified to include the following for Mr. Salazar-Sarmienta.

1. Mr. Salazar-Sarmienta shall be allowed stay out past his curfew on December 22, 2018 until 10:30 p.m. for participation in a Christmas religious practice called "Posada" or the receiving of the Christ Child;
2. Stay out past curfew until 10:30 p.m. on Christmas Day for family visits; and
3. Be allowed to travel to Sacramento on New Year's eve to bring in the new year with family in Sacramento. Mr. Salazar-Sarmienta shall return home by his curfew on January 1, 2019.

Pursuant to the Order Setting Conditions of Release, Mr. Salazar-Sarmienta is currently subject to curfew, it is stipulated by and between the parties to temporarily change his pretrial release conditions as stated above. Following his return, all previous orders will remain in full

force and effect. In addition, appointed counsel has communicated this request with pretrial services and they indicated that they would remain neutral as to the travel as their office does not allow them to give an opinion one way or another, however, counsel for defendant was told he could indicate to the court that the defendant was in compliance with his pretrial release.

      WHEREFORE, the parties respectfully request that the Court temporarily modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 21, 2018        */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

Date: December 21, 2018        */s/     Steven L. Crawford*
Steven L. Crawford
Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

# O R D E R

Pursuant to the parties' stipulation, the Court hereby temporarily modifies Mr. Salazar-Sarmienta's pretrial release as requested above.

IT IS SO ORDERED.

Dated: **December 21, 2018**

                                           UNITED STATES MAGISTRATE JUDGE