Law Office of Steven L. Crawford
Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release be temporarily modified to include the following for Mr. Salazar-Sarmienta.

1. Mr. Salazar-Sarmienta shall be allowed stay out past his curfew on February 16, 2019 until 10:30 p.m. for participation in his daughter's birthday party;
2. Be allowed to travel to Bell Gardens in the Los Angeles area beginning at noon on March 15, 2019 and returning on March 19, 2019 by 8 p.m. The purpose of this trip would be to visit family (primarily his sister) who are coming down from Alaska.
3.

Pursuant to the Order Setting Conditions of Release, Mr. Salazar-Sarmienta is currently subject to curfew, it is stipulated by and between the parties to temporarily change his pretrial release conditions as stated above. Following his return, all previous orders will remain in full force and effect. In addition, appointed counsel has communicated this request with pretrial

services and they indicated that they would remain neutral as to the travel as their office does not allow them to give an opinion one way or another, however, counsel for defendant was told he could indicate to the court that the defendant was in compliance with his pretrial release.

    WHEREFORE, the parties respectfully request that the Court temporarily modify the conditions of release as set forth above.

                                             Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             United States Attorney

Date: February 13, 2019          /s/ Michael Tierney
                                             MICHAEL TIERNEY
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

Date: February 13, 2019          /s/     Steven L. Crawford
                                             Steven L. Crawford
                                             Attorney for Defendant
                                             URIEL ERNESTO SALAZAR-SARMIENTA

## **O R D E R**

    Pursuant to the parties' stipulation, the Court hereby temporarily modifies Mr. Salazar-Sarmienta's pretrial release as requested above.

IT IS SO ORDERED.

Dated:  **February 13, 2019**
                                             UNITED STATES MAGISTRATE JUDGE