| | |
|---|---|
| 1 | Law Office of Steven L. Crawford |
|   | Steven L. Crawford #166488 |
| 2 | 192 North 11th Street |
|   | Grover Beach, CA 93433 |
| 3 | Tel: (805)458-6312 |
|   | Fax: (805)489-2001 |
| 4 | |
|   | Attorney for Defendant |
| 5 | URIEL ERNESTO SALAZAR-SARMIENTA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release requiring him to participate with Electronic Monitoring while on pretrial release be terminated. Counsel for defendant was requested by the pretrial officer to request that Mr. Sarmienta no longer be required to use electronic monitoring as he has been compliant and the officer believes that this condition is no longer required to ensure Mr. Sarmienta's appearance when required. The government has also expressed no objection to removing this condition.

WHEREFORE, the parties respectfully request that the Court modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 15, 2019   /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

Date: February 15, 2019   /s/    Steven L. Crawford
Steven L. Crawford
Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

## **O R D E R**

Pursuant to the parties' stipulation, and based on defendant's past compliance during supervision, the Court hereby modifies Mr. Salazar-Sarmienta's pretrial release as requested above to remove the condition of release requiring him to participate with Electronic Monitoring.

IT IS SO ORDERED.

Dated:   **February 20, 2019**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE