Law Office of Steven L. Crawford
Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00131-LJO-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE; ORDER |
| URIEL ERNESTO SALAZAR-SARMIENTA, | Judge: Hon. BARBARA A. MCAULIFFE |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Steven L. Crawford, appointed counsel for defendant Uriel Ernesto Salazar-Sarmienta, that Mr. Salazar-Sarmienta's conditions of release be temporarily modified to include the following for Mr. Salazar-Sarmienta.

1. Mr. Salazar-Sarmienta shall pick up his passport, that is currently held by the court clerk for the Eastern District of California, on April 16, 2019 and return the same back to the Court Clerk by close of business April 18, 2019;

Pursuant to the Order Setting Conditions of Release, Mr. Salazar-Sarmienta surrendered his passport to the court and it is being held by the court clerk. It is stipulated by and between the parties to temporarily change his pretrial release conditions as stated above. In addition, appointed counsel has communicated this request with pretrial services and they indicated that they are not opposed to such an order.

1         The purpose of this request for an order is that the defendant's wife and children are scheduled to visit her family in Mexico and passports for the children are required. In order to get those passports, the passport office indicated that the defendant (as the father) would be required to present an ID to the passport office and agree to the issuance of passports for his children. Currently, Mr. Salazar-Sarmienta does not have any form of ID as the passport is not in his possession. In addition, the DMV indicated it would issue an ID for Mr. Salazar-Sarmienta only if he had a form of ID to prove he was who he says he is. Therefore, Mr. Salazar-Sarmienta is requesting the Court allow him access to his passport for the purpose of going to the passport office to help get passports for his children as well as taking the passport to the DMV which would enable him to get a license or ID. Currently, the family has an appointment with the passport office on April 17, 2019 at 1:30 pm and Mr. Salazar-Sarmienta would then go to the DMV that same day to get his ID. The appointment is in Stockton and therefore, he is asking to pick up the passport from the Clerk, who is in Fresno, the day prior to the appointment and return it the following day as he does not know how long it will take to get the ID at the DMV.

        WHEREFORE, the parties respectfully request that the Court temporarily modify the conditions of release as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 29, 2019         */s/ Michael Tierney*
                                        MICHAEL TIERNEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Date: March 29, 2019         */s/    Steven L. Crawford*
                                        Steven L. Crawford
                                        Attorney for Defendant
                                        URIEL ERNESTO SALAZAR-SARMIENTA

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby temporarily modifies Mr. Salazar-Sarmienta's pretrial release as requested above.

IT IS SO ORDERED.

Dated: **March 29, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE