STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
    Uriel Ernesto Salazar-Sarmienta

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>URIEL ERNESTO SALAZAR-SARMIENTA,<br><br>    Defendant. | Case No. 1:18CR00131 LJO<br><br>STIPULATION AND PROPOSED ORDER CHANGING SENTENCING DATE AND RELATED PSR DATES<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

TO: THE HONORABLE LAWRENCE J. O'NEILL, Presiding Justice, Eastern District of California.

    IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set for the PSR to be distributed to counsel, the informal objections, formal objections and the sentencing hearing be vacated and changed to the following:

-Draft PSR to counsel—November 22, 2019;

-Informal objections due—December 1, 2019;

Final report due to court—December 13, 2019

-Formal objections due December 20, 2019;

Reply or response due—December 30, 2019 and

- 1 -

-Sentencing set for January 13, 2020 at 10:00 a.m. or as soon thereafter as is convenient for the court.

This stipulation is needed based on the fact that defense counsel spent much August and September out of state and returned to his office on September 23. Counsel is currently setting up the PSR interview and the parties are requesting that the new dates are needed to insure probation has enough time to interview, investigate and write their report as well as counsel for both parties be able to respond and do their own investigation. It is believed that this case and its sentencing is somewhat complicated, and the additional time will be needed.

I believe that time has been waived in this matter but out of an abundance of caution, the defendant, Uriel Ernesto Salazar-Sarmienta, hereby waives time for sentencing up to and including the new date of January 13, 2020.

Respectfully submitted,

      /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for
Uriel Salazar-Sarmienta

      /s/ Michael Tierney
Michael Tierney, Assistant United
States Attorney

IT IS SO ORDERED.

Dated: **September 27, 2019**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE