McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>URIEL ERNESTO SALAZAR-SATMIENTA,<br><br>　　　　　　　Defendant. | CASE NO. 1:18-CR-00131-LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

**BACKGROUND**

This matter is currently scheduled for sentencing on **January 13, 2020**. However, as noted in paragraphs 9 and 20 the PSR, the defendant has not yet established entitlement to "Safety Valve" status. The parties are working to determine whether the final requirements may be met. However, due to scheduling commitments, they are unable to do so before January 13, 2020. The parties therefore request that the sentencing date be vacated and the case for a change of plea on **January 27, 2020**.

A proposed order appears below.

//

//

//

//

//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys, that the sentencing hearing currently set for January 13, 2020 be vacated and re-set for

January 27, 2020.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: January 6, 2020                    By:    /s/ Michael G. Tierney
                                                 Michael G. Tierney
                                                 Assistant United States Attorney


DATED: January 6, 2020                    By:    /s/ Steven L. Crawford
                                                 Steven L. Crawford
                                                 Attorney for Uriel Salazar-Sarmienta


## O R D E R

**Continuance granted to 10:00 a.m. on January 27, 2020.**

IT IS SO ORDERED.

Dated:   **January 7, 2020**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE