Law Office of Steven L. Crawford
Steven L. Crawford #166488
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant
URIEL ERNESTO SALAZAR-SARMIENTA



FEB 04 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:18-cr-00131-NONE-SKO |
| Plaintiff, ) | |
| ) | REUEST FOR EXONERATION OF BOND |
| vs. ) | AND ORDER |
| ) | |
| URIEL ERNESTO SALAZAR- ) | |
| SARMIENTA, ) | Judge: Hon. LAWRENCE J. O'NEILL |
| ) | |
| Defendant. ) | |

**COMES NOW DEFENDANT URIEL ERNESTO SALAZAR-SARMIENTA and requests this Honorable Court to exonerate the pretrial bond in the above captioned matter. Mr. Sarmienta was sentenced on January 27, 2020 by this court to time served and was placed on supervised release. The final judgment and commitment were file on January 28, 2020.**

Date: February 3, 2020                    /s/    *Steven L. Crawford*
                                          Steven L. Crawford
                                          Attorney for Defendant
                                          URIEL ERNESTO SALAZAR-SARMIENTA

# O R D E R

## THE BOND IN THE ABOVE CAPTIONED CASE IS HEREBY EXONERATED..

Dated: February 4, 2020

_____
DALE A. DROZD
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Salazar-Sarmienta: Stipulation
and Proposed Order

2