| | |
|---|---|
| 1 | Law Office of Steven L. Crawford |
| | Steven L. Crawford #166488 |
| 2 | 192 North 11th Street |
| | Grover Beach, CA 93433 |
| 3 | Tel: (805)458-6312 |
| | Fax: (805)489-2001 |
| 4 | |
| 5 | Attorney for Defendant |
| | URIEL ERNESTO SALAZAR-SARMIENTA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00131-LJO-SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | REUEST FOR RECONVEYANCE OF |
| vs. | ) | DEFENDANT'S PASSPORT |
| | ) | |
| URIEL ERNESTO SALAZAR-SARMIENTA, | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| Defendant. | ) | |

**COMES NOW DEFENDANT URIEL ERNESTO SALAZAR-SARMIENTA and requests this Honorable Court to reconvey his passport which was turned in in relation to the above captioned matter. Mr. Sarmienta was sentenced on January 27, 2020 by this court to time served and was placed on supervised release. The final judgment and commitment were file on January 28, 2020. Mr. Sarmienta's mailing address is: 4709 Windsong Court, Stockton, CA 95206. Mexico Passport from Uriel Ernesto Salazar Sarmienta, G24596605.**

Date: May 5, 2021            */s/      Steven L. Crawford*
                             Steven L. Crawford
                             Attorney for Defendant
                             URIEL ERNESTO SALAZAR-SARMIENTA

**O R D E R**

IT IS SO ORDERED.

Dated: __**May 7, 2021**__         _____
                                    UNITED STATES DISTRICT JUDGE